JOHN ELLIS ROHRER, Individually, etc., Respondent, *v.* DANIEL W. QUINN, JR., Appellant.

Appeal from so much of an order as denies a motion for an order striking out certain allegations of the complaint.

PER CURIAM: The order appealed from in so far as it denied the motion to strike out paragraphs 5, 6, 7 and 11, and so much of paragraph 10 as relates to the purchase of and payment for screens should be reversed and the motion granted. In all other respects it should be affirmed, without costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

RICHARD S. KAUFMAN, Appellant, *v.* EMPIRE GYPSUM COMPANY and Others, Respondents.

Appeal from an order denying a motion to vacate an order for the examination of plaintiff before trial.

PER CURIAM: Without passing upon the legal effect of the testimon, sought to be adduced the order appealed from is affirmed, with ten dolla: costs and disbursements. Present — Clarke, P. J., Laughlin, Dowlin Smith and Page, JJ. Order affirmed, with ten dollars costs an( disbursements.

JACOB M. WIMPIE, Respondent, *v.* FOSTER MACHINE COMPANY, Appellant.

Appeal from an order denying the defendant's motion to set aside the service of the summons and complaint.

PER CURIAM: The defendant is a foreign corporation. The contract is not alleged to have been made nor was it to be performed within this State. Nor did the defendant have any property in the State. The party served with the summons was not an officer or managing agent of the corporation. The order should be reversed, with ten dollars costs and disbursements, and the motion to set aside the service of the summons granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.